**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | No. CV 09-02078-SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: February 19, 2010.

                                                    _____/s/_____
                                                    SUZANNE H. SEGAL
                                                    UNITED STATES MAGISTRATE JUDGE